**MATT–RYAN PROPERTIES, L.L.C., d/b/a Essex Place Apartments, Respondent,**

v.

**MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, Appellant.**

**No. WD 76545.**

Missouri Court of Appeals, Western District.

April 8, 2014.

Paul W. King, Springfield, MO, for Respondent.

Christine Lesicko, Jefferson City, MO, for Appellant.

Before Division I: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM:

The Missouri Department of Labor and Industrial Relations appeals from the judgment of the Circuit Court of Cole County, Missouri, in favor of Matt–Ryan Properties, L.L.C., and against the Department on judicial review of the Department's administrative decision that Matt–Ryan Properties violated the Missouri Child Labor Law. Because a published opinion would have no precedential value,

---

a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).